1  Daniel Olmos (SBN 235319)
2  Nolan, Armstrong & Barton, LLP
   600 University Avenue
3  Palo Alto, Ca. 94301
   Tel.  (650) 326-2980
4  Fax (650) 326-9704

5  Counsel for Defendant Sanjeev Bais

6

7                    UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                          SAN JOSE DIVISION

9

10  UNITED STATES,                          Case No. CR 13-00252 DLJ HRL

11                      Plaintiff,          **STIPULATION AND []**
                                            **ORDER TO CONTINUE STATUS**
12           v.                             **CONFERENCE AND TO EXCLUDE**
                                            **TIME UNDER THE SPEEDY TRIAL ACT**
13

14  SANJEEV BAIS,

15                      Defendant.

16

17

18

19      IT IS HEREBY STIPULATED AND AGREED between the Government, through

20  Special Assistant United States Attorney Charles Parker, and Defendant Sanjeev Bais, through his

21  attorney Daniel Olmos, that the status conference presently set for June 20, 2013, be continued to

22

23  August 2; , 2013, at 9:00 a.m.  The reason for the request for continuance is that defense counsel

24  needs additional time to review discovery, including a hard drive that it has yet to receive from

25  the government.

26      The parties appeared for their first status conference in this Court on May 9, 2013.  On

27  that date, defense counsel indicated to the Court that he needed time to review discovery

28

                                           1

disclosed by the government.  The government has turned over substantial paper discovery in this case but, until recently, the IRS Computer Investigation Specialist assigned to the matter has been unavailable to copy a hard drive seized from Mr. Bais.  Defense counsel has provided a blank hard drive to the IRS, and anticipates receiving an image of Mr. Bais's hard drive in the coming weeks.  The parties agree that the status conference now scheduled for June 20 should be continued in order to allow defense counsel to receive and review the contents of the hard drive.

The parties agree that the time between June 20, 2013, and August 2; , 2013, should be excluded from calculations under the Speedy Trial Act, which excludes delay when the interests of justice in allowing for the effective preparation of defense counsel outweigh the best interest of the public and the defendant in a speedy trial, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7).

IT IS SO STIPULATED:

Dated: June 10, 2013

NOLAN, ARMSTRONG & BARTON LLP


_/s/_____
DANIEL B. OLMOS
Attorney for Defendant Sanjeev Bais


Dated: June 10, 2013


_/s/_____
CHARLES PARKER
Special Assistant United States Attorney

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

UNITED STATES,

                Plaintiff,

        v.

SANJEEV BAIS,

                Defendant.

Case No. CR 13-00252 DLJ HRL

**[] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the status conference in this matter now scheduled for June 20, 2013, at 9:00 a.m. is hereby rescheduled for August 2; , 2013, at 9:00 a.m.  Based upon the representation of counsel and for good cause shown, the Court also finds that the time between June 20 and August 2; , 2013, shall be excluded from calculations under the Speedy Trial Act.  The interests of justice in allowing for the effective preparation of defense counsel outweigh the best interest of the public and the defendant in a speedy trial, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7).

Dated:  Î ÐFÐFG                _____

                                    The Hon. D. Lowell Jensen
                                    United States District Judge