1  Daniel Olmos (SBN 235319)
2  Nolan, Armstrong & Barton, LLP
   600 University Avenue
3  Palo Alto, Ca. 94301
   Tel.  (650) 326-2980
4  Fax (650) 326-9704

5  Counsel for Defendant Sanjeev Bais

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES, | Case No. CR 13-00252 DLJ HRL |
| Plaintiff, | **STIPULATION AND []** |
| v. | **ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |
| SANJEEV BAIS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Thomas Moore, and Defendant Sanjeev Bais, through his attorney Daniel Olmos, that the status conference presently set for December 12, 2013, be continued to February 13, 2014, at 9:00 a.m.  The reason for the request for continuance is that the defense has agreed to provide discovery to the government which will require additional time for review.

The parties have engaged in preliminary discussions regarding settlement in this matter. The defense has provided discovery to the government and intends to provide additional

1

discovery to the government in the coming weeks. The parties agree that the status conference should be continued in order to allow defense counsel to provide the information to the government for its review.

The parties agree that the time between December 12, 2013, and February 13, 2014, should be excluded from calculations under the Speedy Trial Act, which excludes delay when the interests of justice in allowing for the effective preparation of the defense outweigh the best interest of the public and the defendant in a speedy trial, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7).

IT IS SO STIPULATED:

Dated: December 9, 2013

NOLAN, ARMSTRONG & BARTON LLP

*/s/*
DANIEL B. OLMOS
Attorney for Defendant Sanjeev Bais

Dated: December 9, 2013

*/s/*
THOMAS MOORE
Assistant United States Attorney

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>              Plaintiff,<br><br>       v.<br><br>SANJEEV BAIS,<br><br>              Defendant. | Case No. CR 13-00252 DLJ HRL<br><br>[] ORDER TO CONTINUE<br>STATUS CONFERENCE AND EXCLUDE<br>TIME UNDER THE SPEEDY TRIAL ACT |

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the status conference in this matter now scheduled for December 12, 2013, be continued to February 13, 2014, at 9:00 a.m.  Based upon the representation of counsel and for good cause shown, the Court also finds that the time between December 12, 2013, and February 13, 2014, shall be excluded from calculations under the Speedy Trial Act.  The interests of justice in allowing for the effective preparation of the defense and continuity of counsel outweigh the best interest of the public and the defendant in a speedy trial, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7).

Dated: 12-11-13

_____
The Hon. D. Lowell Jensen
United States District Judge