Daniel Olmos (SBN 235319)
Nolan, Armstrong & Barton, LLP
600 University Avenue
Palo Alto, Ca. 94301
Tel. (650) 326-2980
Fax (650) 326-9704

Counsel for Defendant Sanjeev Bais

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>   Plaintiff,<br><br>   v.<br><br>SANJEEV BAIS,<br><br>   Defendant. | Case No. CR 13-00252 DLJ HRL<br><br>**STIPULATION AND []**<br>**ORDER TO CONTINUE STATUS**<br>**CONFERENCE AND TO EXCLUDE**<br>**TIME UNDER THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Thomas Moore, and Defendant Sanjeev Bais, through his attorney Daniel Olmos, that the status conference presently set for April 17, 2014, be continued to May 29, 2014, at 9:00 a.m. The reason for the request for continuance is that the defense has provided additional discovery to the government which will require further time for review.

The parties have engaged in substantive discussions regarding settlement in this matter. Prior to the last scheduled status conference, the defense provided the government with additional discovery. Recently, the government requested, and the defense provided, additional discovery.

The parties agree that the status conference should be continued in order to allow the government adequate time to review the additional material that has been disclosed by the defense.

The parties agree that the time between April 17 and May 29, 2014, should be excluded from calculations under the Speedy Trial Act, which excludes delay when the interests of justice in allowing for the effective preparation of the government and the defense outweigh the best interest of the public and the defendant in a speedy trial, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7).

IT IS SO STIPULATED:

Dated: March 27, 2014

NOLAN, ARMSTRONG & BARTON LLP

_/s/_
DANIEL B. OLMOS
Attorney for Defendant Sanjeev Bais

Dated: March 27, 2014

_/s/_
THOMAS MOORE
Assistant United States Attorney

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SANJEEV BAIS,<br><br>　　　　　　Defendant. | Case No. CR 13-00252 DLJ HRL<br><br>**[] ORDER TO CONTINUE<br>STATUS CONFERENCE AND EXCLUDE<br>TIME UNDER THE SPEEDY TRIAL ACT** |

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the status conference in this matter now scheduled for April 17, 2014, be continued to May 29, 2014, at 9:00 a.m. Based upon the representation of counsel and for good cause shown, the Court also finds that the time between April 17 and May 29, 2014, shall be excluded from calculations under the Speedy Trial Act. The interests of justice in allowing for the effective preparation of the defense and continuity of counsel outweigh the best interest of the public and the defendant in a speedy trial, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7).

Dated: 

_____
The Hon. D. Lowell Jensen
United States District Judge