Daniel Olmos (SBN 235319)
Nolan, Armstrong & Barton, LLP
600 University Avenue
Palo Alto, Ca. 94301
Tel.  (650) 326-2980
Fax (650) 326-9704

Counsel for Defendant Sanjeev Bais

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SANJEEV BAIS,<br><br>　　　　　Defendant. | Case No. CR 13-00252 DLJ HRL<br><br>**STIPULATION AND []**<br>**ORDER TO CONTINUE STATUS**<br>**CONFERENCE AND TO EXCLUDE**<br>**TIME UNDER THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Thomas Moore, and Defendant Sanjeev Bais, through his attorney Daniel Olmos, that the status conference presently set for May 29, 2014, be continued to July 10, 2014, at 9:00 a.m.  The reason for the request for continuance is that the defense has agreed to provide additional discovery to the government which will require further time for review.

Prior to the last scheduled status conference, the government requested, and the defense provided, additional discovery in this matter.  The government has recently requested additional

material that the defense has agreed to disclose. The parties agree that the status conference should be continued in order to allow the defense to gather, and the government adequate time to review, the additional material.

The parties agree that the time between May 29 and July 10, 2014, should be excluded from calculations under the Speedy Trial Act, which excludes delay when the interests of justice in allowing for the effective preparation of the government and the defense outweigh the best interest of the public and the defendant in a speedy trial, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7).

IT IS SO STIPULATED:

Dated: May 22, 2014

NOLAN, ARMSTRONG & BARTON LLP

*/s/*
DANIEL B. OLMOS
Attorney for Defendant Sanjeev Bais

Dated: May 22, 2014

*/s/*
THOMAS MOORE
Assistant United States Attorney

1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
8                              SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES, | Case No. CR 13-00252 DLJ HRL |
| Plaintiff, | [] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| SANJEEV BAIS, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the status conference in this matter now scheduled for May 29, 2014, be continued to July 10, 2014, at 9:00 a.m.  Based upon the representation of counsel and for good cause shown, the Court also finds that the time between May 29 and July 10, 2014, shall be excluded from calculations under the Speedy Trial Act.  The interests of justice in allowing for the effective preparation of the defense and continuity of counsel outweigh the best interest of the public and the defendant in a speedy trial, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7).

Dated: _____      _____
                            The Hon. D. Lowell Jensen
                            United States District Judge