Daniel Olmos (SBN 235319)
Nolan, Armstrong & Barton, LLP
600 University Avenue
Palo Alto, Ca. 94301
Tel.  (650) 326-2980
Fax (650) 326-9704

Counsel for Defendant Sanjeev Bais

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SANJEEV BAIS,<br><br>　　　　　　Defendant. | Case No. CR 13-00252 DLJ HRL<br><br>**STIPULATION AND []**<br>**ORDER TO CONTINUE STATUS**<br>**CONFERENCE AND TO EXCLUDE**<br>**TIME UNDER THE SPEEDY TRIAL ACT** |

　　　IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Thomas Moore, and Defendant Sanjeev Bais, through his attorney Daniel Olmos, that the status conference presently set for August 28, 2014, be continued to September 25, 2014, at 9:00 a.m.  The reason for the request for continuance is that the defense has just provided additional discovery to the government which will require additional time to review and confer.  The parties believe that, on the September 25 date, they will resolve the case or be prepared to set a trial date.

Over the past several months, the defense has been providing discovery to the government. The defense has just presented the government with additional discovery which will take additional time to review. The parties agree that the status conference should be continued in order to allow the government adequate time to review the additional material.

The parties agree that the time between August 28 and September 25, 2014, should be excluded from calculations under the Speedy Trial Act, which excludes delay when the interests of justice in allowing for the effective preparation of the government and the defense outweigh the best interest of the public and the defendant in a speedy trial, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7).

IT IS SO STIPULATED:

Dated: August 25, 2014

NOLAN, ARMSTRONG & BARTON LLP

_/s/_
DANIEL B. OLMOS
Attorney for Defendant Sanjeev Bais

Dated: August 25, 2014

_/s/_
THOMAS MOORE
Assistant United States Attorney

1
2
3
4
5

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>  Plaintiff,<br><br>  v.<br><br>SANJEEV BAIS,<br><br>  Defendant. | Case No. CR 13-00252 DLJ HRL<br><br>[] ORDER TO CONTINUE<br>STATUS CONFERENCE AND EXCLUDE<br>TIME UNDER THE SPEEDY TRIAL ACT |

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the status conference in this matter now scheduled for August 25, 2014, be continued to September 25, 2014, at 9:00 a.m. Based upon the representation of counsel and for good cause shown, the Court also finds that the time between August 25 and September 25, 2014, shall be excluded from calculations under the Speedy Trial Act. The interests of justice in allowing for the effective preparation of the defense and continuity of counsel outweigh the best interest of the public and the defendant in a speedy trial, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7).

Dated: ì ÐÎ ÐI

_____
The Hon. D. Lowell Jensen
United States District Judge